IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RONALD TIBBS,                       )
                                    )
           Plaintiff,               )
                                    )
     vs.                            )    No. 02 C 2970
                                    )
CITY OF CHICAGO, etc., et al.,      )
                                    )
           Defendants.              )

## MEMORANDUM OPINION AND ORDER

Defendants, who prevailed on their summary judgment motion, seek costs, and they are entitled to them, although there is an aura here of "salt in the wounds," given that plaintiff was mistakenly detained. But how much?

Defendants have copying costs, but they claim some extras. When they filed something, they needed an extra copy for the court, a copy for their file and a copy to serve on the plaintiff – a total of three. When they sent something to plaintiff's counsel, they needed a file copy and a working copy – a total of two. When they received something from the plaintiff they undoubtedly needed an extra working copy – a total of one. And the cost should have been 10 cents a page. We allow copying costs of $117.90. Further, defendants are entitled to deposition costs, but not at an expedited rate. We allow deposition costs of $922.30, for total costs of $1,040.20.

JAMES B. MORAN
Senior Judge, U. S. District Court

March 18, 2005.